UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEVE STRICKLAND,

        Petitioner,         Case No. 1:13-cv-1281

v.         Honorable Paul L. Maloney

PAUL KLEE,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:   December 17, 2013           /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge