UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE STRICKLAND,

        Petitioner,        Case No. 1:13-cv-1281

v.        Honorable Paul L. Maloney

PAUL KLEE,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   December 17, 2013        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge